■ In the Matter of ENOS R. GEE, Appellant, v ZONING BOARD OF APPEALS OF TOWN OF NORTH DANSVILLE, Respondent. [656 NYS2d 1009] —Judgment unanimously affirmed without costs. Memorandum: We conclude that respondent's determination

has a rational basis and is supported by substantial evidence (*see, Matter of Cowan v Kern,* 41 NY2d 591, 599, *rearg denied* 42 NY2d 910; *Matter of Fuhst v Foley,* 45 NY2d 441, 444; *Matter of Baader v Town of Aurelius Zoning Bd. of Appeals,* 184 AD2d 1045). Thus, we need not determine whether respondent improperly interpreted the term "place of public assembly" found in section 1202.1-7 of the Zoning Law of the Town of North Dansville. (Appeal from Judgment of Supreme Court, Livingston County, Cicoria, J.—CPLR art 78.) Present—Pine, J. P., Lawton, Doerr, Boehm and Fallon, JJ.